1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VALERIE BROWN** ) | **Case No. CIV-07-1038 EFB** |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,** ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| v. ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 17, 2007, to February 8, 2008. This is plaintiff's first request for an extension and is required due to plaintiff's counsel's very heavy briefing schedule and the upcoming holidays.

////

////

////

////

////

1

| | |
|---|---|
| Dated: December 3, 2007 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: December 5, 2007 | McGregor W. Scott |
| | United States Attorney |
| | /s/ Elizabth Firer<br>ELIZABETH FIRER |
| | Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: December 18, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE