1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                         **SACRAMENTO DIVISION**

12 VALERIE BROWN                        )
                                        )     CIVIL NO. 2:07-CV-01038-EFB
13       Plaintiff,                     )
                                        )
14       v.                             )     STIPULATION AND ORDER
                                        )
15 MICHAEL J. ASTRUE,                   )
   Commissioner of                      )
16 Social Security,                     )
                                        )
17       Defendant.                     )
   _____)
18

19       The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a first extension of time of 30 days, up to and including April
21 17, 2008, to oppose plaintiff's motion for summary judgment.  This request is due to an extremely heavy
22 work load occasioned, in part, by staffing shortages in the Commissioner's regional office.  From
23 December through the middle of February, three-to-four full time attorneys had been on extended leave
24 for medical, professional, bereavement and military purposes, which has resulted in many case
25 reassignments and additional work for the attorneys in the office.
26       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
27 ///
28

Respectfully submitted,

Dated: March 17, 2008            /s/ *Bess Brewer*
                                 (As authorized via email)
                                 BESS BREWER
                                 Attorney for Plaintiff

Dated: March 17, 2008            McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 /s/ *Elizabeth Firer*
                                 ELIZABETH FIRER
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  March 19, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE